## SOUTHERN PACIFIC CO. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA.

No. 1050. Decided May 5, 1969.

*Robert L. Pierce* for appellant.

*Mary Moran Pajalich* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.

## SOUTHERN PACIFIC CO. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL.

No. 1152. Decided May 5, 1969.

*Robert L. Pierce* for appellant.

*Mary Moran Pajalich* for appellee Public Utilities Commission of California.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.